No. 01–217. LAKE CHARLES PILOTS, INC. v. DOXEY. Ct. App. La., 3d Cir. Certiorari denied.

No. 01–218. ELLERBE v. MINETA, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.

No. 01–219. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–222. HOLMES, AKA DOE v. TENET HEALTHSYSTEM MEDICAL INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–227. LABOMBARD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–233. WELTY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–234. TCI CABLEVISION OF CALIFORNIA, INC. v. INTELLECTUAL PROPERTY DEVELOPMENT, INC. C. A. Fed. Cir. Certiorari denied.

No. 01–235. CONCEPCION v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–237. CEDILLO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–242. BEATY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–259. LOGAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–260. BENJAMIN v. KATTEN, MUCHIN & ZAVIS. C. A. 7th Cir. Certiorari denied.

No. 01–261. AKIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–262. BONCZYK v. UNITED STATES PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.